UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT 29 PM 3: 31

CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | :<br>: |
| v. | :<br>:  Civil No. ___ELH 13 CV 3212___<br>: |
| THREE VEHICLES (Ramadan),<br>Defendant. | :<br>:<br>: |

…ooo0ooo…

## VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, United States of America, through undersigned counsel, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1.     This is a civil forfeiture action against three vehicles seized in Maryland on or about May 15, 2013.  The three vehicles are property that constitutes or is derived from proceeds traceable to the movement and sale of contraband cigarettes in violation of 18 U.S.C. §2342, and are, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). The vehicles were also used to move the proceeds of specified unlawful activity for the purpose of promoting the continuation of the cigarette smuggling activity in violation of 18 U.S.C. § 1956(a)(1)(A)(i), and they are, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

### THE DEFENDANT IN REM

2.     The defendant property is comprised of the following three vehicles (hereinafter, the "Defendant Vehicles") :

   a)  One 2012 Chrysler 300M, CBP seizure number 2013-1303-001264-01;

b) One 2013 Land Rover Range Rover, CBP seizure number 2013-1303-001278-01; and

c) One 2007 Chevrolet Tahoe, CBP seizure number 2013-1303-001266-01.

3.     The seizure of the Defendant Vehicles was accomplished by duly authorized agents of the Department of Homeland Security (DHS).   The Defendant Vehicles are presently in the custody of DHS in Maryland.

## JURISDICTION AND VENUE

4.     Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Vehicles. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 18 U.S.C. § 981.

5.      This Court has *in rem* jurisdiction over the Defendant Vehicles under 28 U.S.C. § 1355(b).

6.     Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395 because the property is located in this district.

## BASIS FOR FORFEITURE

7.     The Defendant Vehicles are property that constitutes or is derived from proceeds traceable to the movement and sale of contraband cigarettes in violation of 18 U.S.C. § 2342, and are, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). The vehicles were also used to move the proceeds of specified unlawful activity for the purpose of promoting the continuation of the cigarette smuggling activity in violation of 18 U.S.C. § 1956(a)(1)(A)(i), and they are, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

## FACTS

8.      The forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of David J. Coleman, Special Agent, Homeland Security Investigations, Department of Homeland Security, which is incorporated herein by reference.

**WHEREFORE**, plaintiff, the United States of America, prays that all persons who reasonably appear to be potential claimants with interests in the Defendant Vehicles be cited to appear herein and answer the Complaint; that the Defendant Vehicles be forfeited and condemned to the United States of America; that upon Final Decree of Forfeiture, the U.S. Department of Homeland Security dispose of the Defendant Vehicles according to law; and that the plaintiff have such other and further relief as this Court deems proper and just.

Dated:   October 22, 2013.

Respectfully submitted,

Rod J. Rosenstein
UNITED STATES ATTORNEY
District of Maryland

Richard C. Kay
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
410 209-4800

## VERIFICATION

I, Richard C. Kay, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Complaint for Forfeiture *in rem* is based on reports and information furnished to me

3

by the Department of Homeland Security, and that everything contained therein is true and correct to the best of my knowledge and belief.

Richard C. Kay, Esq.
Assistant U.S. Attorney
United States Attorney's Office
District of Maryland

4

## DECLARATION

**I.   Purpose of the Declaration.** This declaration is submitted in support of a complaint for forfeiture of the following three vehicles seized in Maryland on or about May 15, 2013:

> United States v. One 2012 Chrysler 300M, CBP seizure number 2013-1303-001264-01;
>
> United States v. One 2013 Land Rover Range Rover, CBP seizure number 2013-1303-001278-01; and
>
> United States v. One 2007 Chevrolet Tahoe, CBP seizure number 2013-1303-001266-01.

I, David J. Coleman, Special Agent of Homeland Security Investigations (HSI), submit that there are sufficient facts to support a reasonable belief that these vehicles, seized in Maryland on or about May 15, 2013, are property that constitutes or is derived from proceeds traceable to the movement and sale of contraband cigarettes in violation of 18 U.S.C. §2342, and are, therefore, subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C). The vehicles were also used to move the proceeds of specified unlawful activity for the purpose of promoting the continuation of the cigarette smuggling activity in violation of 18 U.S.C. section 1956(a)(1)(A)(i), and they are, therefore, subject to forfeiture pursuant to 18 U.S.C. section 981(a)(1)(A).

**II.   Declarant.** I am a Special Agent employed by the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), Division of Homeland Security Investigations (HSI). I have been employed as a Special Agent with HSI since June 2009.

**III.   Facts.** In 2013, Basel and Samer RAMADAN were the leaders of a multi-million-dollar cigarette smuggling ring that supplied New York-based cigarette smugglers with millions of cigarettes with packages displaying Virginia tax stamps. The Ramadans arranged for shipment of Virginia tax-stamped cigarettes to Delaware, where they were held in a storage unit. New York based cigarette smugglers would load up vehicles destined for New York with Virginia tax-stamped cigarettes at a warehouse controlled by Basel and Samer RAMADAN in Millsboro, Delaware.

Surveillance agents saw both Basel and Samer RAMADAN on multiple occasions transporting proceeds of their illicit cigarette sales from their Delaware warehouse to their homes located in Ocean City, Maryland, using a black Chrysler 300 bearing Maryland registration 4AP3999 and a maroon Chevrolet Tahoe bearing Maryland registration 995M710.  The RAMADAN brothers then moved their illicit cigarette proceeds from their homes to banks located on the Eastern Shore of Maryland using the black Chrysler 300 bearing Maryland registration 4AP3999 and the maroon Chevrolet Tahoe bearing Maryland registration 995M710. These funds were then used by the Ramadans to pay for the expenses of running the smuggling business and to purchase more Virginia cigarettes.

Basel RAMADAN also purchased a black 2013 Land Rover Range Rover bearing temporary Virginia registration.  The purchase records indicate that at least part of the purchase was made with proceeds traced to the illicit sale of cigarettes.

I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. 1746
THAT THE FACTS SET FOR THE HEREIN ARE ACCURATE, TRUE AND
CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

10/22/2013
Date

David Coleman
Special Agent
Homeland Security Investigations